MAY CHARMAN, Respondent and Appellant, *v.* CHARLES A. TATUM, as Executor of MARIA E. HIBBLER, Deceased, Appellant and Respondent.

*Charman* v. *Tatum,* 54 App. Div. 61, affirmed.
(Argued March 4, 1901; decided March 19, 1901.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered October 15, 1900, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Everett P. Wheeler* for plaintiff, respondent and appellant.

*John J. Crawford* for defendant, appellant and respondent.

Judgment affirmed, without costs to either party; no opinion.

Concur: O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ. Taking no part: PARKER, Ch. J.